UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVONNE FROST,

                              Plaintiff,

                  -against-                                    1:20-CV-5281 (CM)

NYC MTA, et al.,                                               CIVIL JUDGMENT

                              Defendants.

        Pursuant to the order issued July 16, 2020, denying Plaintiff's application to proceed *in*

*forma pauperis* and her motion for leave to file this action,

        IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's application to proceed

*in forma pauperis* and her motion for leave to file this action are denied. (ECF 1, 4.)

        The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

        Plaintiff has consented to electronic service of Court documents. (ECF 5.)

SO ORDERED.

  Dated:    July 16, 2020
            New York, New York

                                                   _____
                                                        COLLEEN McMAHON
                                                   Chief United States District Judge